UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14061-CR-GRAHAM/LYNCH(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RANDY CHARLES HARRIS,

    Defendant.
_____/



FILED by _____ D.C.

OCT 15 2007

CLARENCE MADDOX
CLERK U.S DIST CT.
S. D OF FLA

## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** having come on to be heard upon the Order of Reference from the District Court for this Court to conduct a proceeding for acceptance of a guilty plea by the Defendant in the above referenced case and this Court having conducted a change of plea hearing on October 15, 2007, this Court recommends to the District Court as follows:

    1.    On October 15, 2007, this Court convened a hearing to permit the Defendant to enter a change of plea in the aforementioned matter. At the outset of the hearing, this Court advised the Defendant of his right to have these proceedings conducted by the District Judge assigned to the case. Further, this Court advised the Defendant that this Court was conducting the change of plea hearing on an Order of Reference from the District Court and at the request of the Defendant, the Defendant's attorney and the Assistant United States Attorney assigned to this case. This Court further advised the Defendant that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning the Defendant's sentence and would conduct a sentencing hearing at a time set by the District Court.

    2.    This Court advised the Defendant that he did not have to permit the undersigned United States Magistrate Judge to conduct this hearing and could request that

the change of plea hearing be conducted only by a United States District Judge. The Defendant, the Defendant's attorney and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the change of plea hearing.

3.  This Court conducted a plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4.  There is no written plea agreement in this case. The Defendant pled guilty to Count One and Count Three of the Superseding Indictment which charges the Defendant in Count One with using, inducing, and persuading a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knew and had reason to know, that such visual depiction would be transported in interstate and foreign commerce, and had been produced using materials that had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 2251(a), and in Count Three with conspiracy to use, induce, and persuade a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knew and had reason to know, that such visual depiction would be transported in interstate or foreign commerce, and had been produced using materials that had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 2251(a) and (e).

5.  The government stated a factual basis for the entry of the plea which included all of the essential elements of the crimes to which the Defendant is pleading guilty and any sentencing enhancements and/or aggravating factors that may be applicable. The government also announced the possible minimum and maximum penalties in respect to

Count One and Count Three of the Superseding Indictment. The Defendant acknowledged that he understood these possible minimum and maximum penalties which could be imposed in his case.

6.      Based upon all of the foregoing and the plea colloquy conducted by this Court, this Court recommends to the District Court that the Defendant be found to have freely and voluntarily entered his guilty plea to Count One and Count Three as set forth in the Superseding Indictment as more particularly described herein and that the Defendant be adjudicated guilty of those offenses.

7.      A pre-sentence investigation is being prepared for the District Court by the United States Probation Office and sentencing has been set for **Friday, January 4, 2008, at 11:30 a.m., at the United States District Courthouse, 300 South Sixth Street, Fort Pierce, Florida**.

8.      At the time that this Court announced the date of sentencing scheduled before Judge Graham, Ms. Rosen-Evans advised the Court that she may have to be on medical leave during the time period in which the sentencing hearing is scheduled. She will know more as time progresses. Ms. Rosen-Evans requested that this Court advise the District Court that she may be filing a motion to reschedule the sentencing hearing because of her medical leave.

**ACCORDINGLY,** this Court recommends to the District Court that the Defendant's plea of guilty be accepted, the Defendant be adjudicated guilty of the offenses to which he has entered his plea of guilty and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this \_\_\_15TH\_\_\_ day of October, 2007, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Rinku Talwar
AFPD Robin Rosen-Evans
U. S. Probation
U. S. Marshal